UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTIS MATTHEW CAPERS,

   Petitioner,

v.                                          Case No. 3:20cv5678-MCR-HTC

RICKY D DIXON,

   Respondent.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation, ECF No. 40.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation (ECF No. 40) is adopted and incorporated by reference in this order.

2. The habeas petition challenging the conviction in *State v. Capers*, 2017-CF-3586, in Escambia County, Florida, ECF Doc. 20, is DENIED without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 11th day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5678-MCR-HTC